Same case below, 174 Cal. App. 4th 662, 94 Cal. Rptr. 3d 576.

**No. 09-7934. Raul Rodriguez Linarez, Petitioner v. California.**

559 U.S. 946, 130 S. Ct. 1518, 176 L. Ed. 2d 125, 2010 U.S. LEXIS 1163.

February 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

Same case below, 155 Cal. App. 4th 1393, 66 Cal. Rptr. 3d 762.

**No. 09-7935. Charlton Jennings, Petitioner v. Gerald I. Rozum, Superintendent, State Correctional Institution at Somerset, et al.**

559 U.S. 946, 130 S. Ct. 1518, 176 L. Ed. 2d 125, 2010 U.S. LEXIS 1342.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-7937. James P. Mayer, Petitioner v. Social Security Administration.**

559 U.S. 946, 130 S. Ct. 1518, 176 L. Ed. 2d 125, 2010 U.S. LEXIS 1215.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 334 Fed. Appx. 562.

**No. 09-7938. Corey L. Manning, Petitioner v. Carmen Palmer, Warden.**

559 U.S. 946, 130 S. Ct. 1518, 176 L. Ed. 2d 125, 2010 U.S. LEXIS 1098,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-7945. Marcia E. Wimberly, Petitioner v. Elbert Royal, et al.**

559 U.S. 946, 130 S. Ct. 1518, 176 L. Ed. 2d 125, 2010 U.S. LEXIS 1343,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-7947. Gerald C. Bakarich, Petitioner v. New Jersey.**

559 U.S. 946, 130 S. Ct. 1518, 176 L. Ed. 2d 125, 2010 U.S. LEXIS 1353,

February 22, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 09-7951. Lisa J. Henry, Petitioner v. Ohio.**

559 U.S. 946, 130 S. Ct. 1519, 176 L. Ed. 2d 125, 2010 U.S. LEXIS 1288.

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Lake County, denied.

Same case below, 122 Ohio St. 3d 1481, 910 N.E.2d 479.

**No. 09-7953. Javier Castillo Villasana, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 946, 130 S. Ct. 1519, 176 L. Ed. 2d 125, 2010 U.S. LEXIS 1373.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-7955. Shaka Senegal Muhammad, Petitioner v. Superior Court of California, Los Angeles County, et al.**

559 U.S. 946, 130 S. Ct. 1519, 176 L. Ed. 2d 125, 2010 U.S. LEXIS 1406.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.